**EPSTEIN & WEIL**
ATTORNEYS AT LAW
225 Broadway
New York, New York 10007

(212) 732-4888
LLOYD EPSTEIN
JUDITH H. WEIL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 2 2006 ★
BROOKLYN OFFICE

May 15, 2006

Hon. John Gleeson
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: USA v. Ronald Mayo

Dear Judge Gleeson:

[Handwritten note across top: "A copy of my order dated August 25, 2005 shall be supplied to counsel. However, any application by Dr. Goldstein for 05 CR 43 payment must be accompanied by an explanation of the court was not supplied with his report (brief explanation may be ox park), when his services occurred, etc. So ordered s/John Gleeson USDJ 5-26-05"]

Until September 15th, 2005, this office represented Ronald Mayo in the above referenced case under CJA. We sent Mr. Mayo's entire case file to the attorney who represented him subsequently.

There is a sealed order appointing Alan M. Goldstein, Ph.D., a psychologist, to examine Mr. Mayo and be compensated pursuant to CJA. When we transferred the file to the new attorneys, the order was inadvertently misplaced. Dr. Goldstein now requires the order so that he can be paid. We respectfully request that the court unseal this order and send a copy to our office so that we may give it to Dr. Goldstein. Our fax number is 212-732-6703.

I thank the Court for its consideration of this matter. Please feel free to call this office if you have any questions.

Sincerely,

Solomon Shinerock, Paralegal

SS:pc



RECEIVED
MAY 18 2006
CHAMBERS OF JUDGE GLEESON